

# THE THIRTEENTH COURT OF APPEALS

13-16-00371-CV

RANDALL THOMAS CHAMBERLAIN
v.
DARIEN HELEN CHAMBERLAIN

On Appeal from the
County Court of Burnet County, Texas
Trial Cause No. 44129

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside and the cause remanded to the trial court. The Court orders the judgment of the trial court SET ASIDE and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 12, 2017